**Motion Granted; Dismissed and Memorandum Opinion filed April 9, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00188-CV

**ELIDA CABRERA, Appellant**

**V.**

**DOW CORNING CORPORATION AND DOW CORNING WRIGHT CORPORATION, Appellees**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 1992-25394IM**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 29, 2013. On March 27, 2013, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.